UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DAVID M. TREHARNE,

          Plaintiff,

    vs.

ROCHE DIAGNOSTICS CORPORATION,
ET AL.,

          Defendants.

CIVIL NO.  5:10-CV-1036
(GTS/GHL)

Appearances:

For Plaintiff:

COTE, LIMPERT LAW FIRM
214 North State Street
Syracuse, NY 13203

For Defendants:

GOLDBERG, SEGALLA LAW FIRM
5789 Widewaters Parkway
Syracuse, NY 13214

BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46256

Of Counsel:

Joseph S. Cote, III, Esq.

Kenneth M. Alweis, Esq.
Lisa Marie Robinson, Esq.

Kenneth H. Inskeep, Esq.

Glenn T. Suddaby, U.S. District Judge

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court having been advised by counsel that the parties in this action have

entered into an agreement in settlement of all claims in this action, and that they

reasonably anticipate finalizing their agreement shortly, following which this action will be

discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules

of Civil Procedure.  Counsel has also advised that no infant or incompetent is a party to this action.  Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court.  It is therefore hereby

**ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court.  This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within thirty (30) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within thirty (30) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**; and it is further

**ORDERED** that the Clerk shall electronically serve copies of this Judgment  upon the attorneys for the parties appearing in this action.

Dated:      September 30, 2011
            Syracuse, New Yor

Hon. Glenn T. Suddaby
U.S. District Judge